No. 22,404.

C. E. DENNY, *Plaintiff,* and B. J. CARVER, Intervener,
*Appellants,* V. PAUL RUSSELL, *Appellee.*

SYLLABUS BY THE COURT.

JURISDICTION — *Amount Involved Less than $100 — Appeal Dismissed.*
This court has no jurisdiction of an appeal from an order offsetting
judgments when the appellant's judgment was for less than one
hundred dollars.

Appeal from Miami district court; JABEZ O. RANKIN, judge.
Opinion filed April 10, 1920.   Dismissed.

*B. J. Carver,* of Paola, for the appellants.

*Charles T. Meuser,* of Paola, for the appellee.

The opinion of the court was delivered by

BURCH, J.: The appeal was taken from an order offsetting
judgments.   The question is whether or not the amount in
controversy is sufficient to give this court jurisdiction.

On February 12 Denny obtained judgment against Russell
for the sum of $94, with interest at six per cent, and for costs.
On February 21 Carver, attorney for Denny, perfected an
attorney's lien on the amount recovered to the extent of fifty
per cent of it.   On March 21 Carver took an assignment of
the judgment for $94.   Afterwards Russell procured judg-
ment against Denny for the sum of $100, with interest at eight
per cent, and for costs.   Russell moved that the judgments be
offset, and Carver intervened.

Carver's notice of lien limited his lien to fifty per cent of
the amount recovered on the cause of action set forth in
Denny's petition.   The assignment to Carver specified the
face of the judgment, $94.   Interest on this sum to the time
the judgments were offset would not bring the amount up to
$100.   So far as Carver is concerned, the amount in con-
troversy is the amount he lost (*Shannon v. Abrams,* 98 Kan.
26, 31, 157 Pac. 449).   Consequently, the court is without
jurisdiction to hear Carver's appeal (Civ. Code, § 566, Gen.
Stat. 1915, § 7470).   Denny has no interest in the face of the
judgment, having assigned to Carver, and his judgment for
costs against Russell amounts to only $34.

The appeal is dismissed.